UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| MICHAEL MORGAN and KRISTI MORGAN, husband and wife,<br><br>　　　　　　　　Plaintiffs,<br><br>　v.<br><br>WAL-MART STORES, INC., a foreign corporation,<br><br>　　　　　　　　Defendant. | NO: 11-CV-0450-TOR<br><br>ORDER GRANTING STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE AND WITHOUT COSTS |

　　　Before the Court is the parties' Stipulation and Order of Dismissal with Prejudice and Without Costs (ECF No. 18). The parties stipulated and agreed that all claims by and between Plaintiffs and Defendant may be dismissed with prejudice and without costs to any party.

//

//

//

//

ORDER GRANTING STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE AND WITHOUT COSTS ~ 1

**Accordingly, IT IS HEREBY ORDERED**:

The parties' Stipulation and Order of Dismissal with Prejudice and Without Costs (ECF No. 18) is **GRANTED**. Pursuant to the parties' stipulation, all claims and causes of action in this matter are **DISMISSED** with prejudice and without costs or fees to any party.

The District Court Executive is hereby directed to enter this Order, furnish copies to counsel, and **CLOSE** the file.

**DATED** this 30th day of January, 2012.

*s/ Thomas O. Rice*

THOMAS O. RICE
United States District Judge

ORDER GRANTING STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE AND WITHOUT COSTS ~ 2